FOWLER et al. v. CAMPBELL et al. (Circuit Court of Appeals, Eighth Circuit. May 18, 1918.) No. 5048. Appeal from the District Court of the United States for the District of Minnesota. A. L. Agatin, of Duluth, Minn., C. A. Severance and Robert E. Olds, both of St. Paul, Minn., and Frank D. Adams and George W. Morgan, both of Duluth, Minn., for appellants. Fryberger, Fulton & Spear, of Duluth, Minn., for appellees. - ·PER CURIAM. Appeal dismissed, at costs of appellants per stipulation.

---

FOWLER v.· UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. October 28, 1918.) No. 5306. In Error to the District Court of the United States for the District of South Dakota. George A. Jeffers, of Rapid City, S. D., for plaintiff in error. Robert P. Stewart, U. S. Atty., of Deadwood, S. D. PER CURIAM. Cause docketed, and writ of error dismissed, without costs to either party in this court, for want of prosecution, on motion of defendant in error and consent of plaintiff in error.

---

GEORGE E. JAMES CO., Inc., v. McGRATH. (Circuit Court of Appeals, Ninth Circuit. October 7, 1918.) No. 3182. In Error to the District Court of the United States for the District of Alaska, Division No. 1. Gunnison & Robertson, of Juneau, Alaska, for plaintiff in error. Hellenthal & Hellenthal, of Juneau, Alaska, for defendant in error. PER CURIAM. Writ of error dismissed, pursuant to stipulation filed September 25, 1918.

---

GEYER v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. October 7, 1918.) No. 3216. In Error to the District Court of the United States for the Southern Division of the Southern District of California. James H. Ryckman, of Los Angeles, Cal., for plaintiff in error. Robert O'Connor, U. S. Atty., and Gordon Lawson, Asst. U. S. Atty., both of Los Angeles, Cal. PER CURIAM. Motion of defendant to dismiss writ of error for noncompliance by plaintiff in error with provisions of rule 16 of this court (208 Fed. ix, 124 C. C. A. ix) granted, and writ of error dismissed.

---

HOUCK et al. v. ELMER et al.· (Circuit Court of Appeals, Eighth Circuit. May 23, 1918.) No. 4805. Appeal from the District Court of the United States for the Eastern District of Missouri. J. D. Johnson, Loomis C. Johnson, Clifford B. Allen, R. P. Williams, C. B. Williams, S. W. Fordyce, Jr., John H. Holliday, Thomas W. White, and Harry A. Frank, all of St. Louis, Mo., Follett W. Bull and Walter M. Johnson, both of Chicago, Ill., and Lon O. Hocker, of St. Louis, Mo., for appellants. Henry W. Taft, E. C. Henderson, and Albert Rathbone, all of New York City, and W. F. Evans, Franklin Ferriss, Charles Nagel, Allen, C. Orrick, Thomas Bond, and Blodgett & Rector, all of St. Louis, Mo., for appellees. PER CURIAM. Appeal dismissed, without costs to either party in this court, on motion of appellants and stipulation of parties.